FILED
07 NOV -2 PM 1:00
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM STEEL (3), <br><br> Defendant. | CASE NO. 02cr3171-IEG <br><br> Order Regarding CJA Voucher |

This matter came before the Court on the application of Michael Edmund Burke for approval of his CJA vouchers for representing Defendant William Steel in the above-captioned proceedings. Mr. Burke has submitted two vouchers in the amounts of $16,008 and $17,271, for a combined total of $33,279. However, Mr. Burke waives payment of any amount in excess of 50% of the total, <u>and requests total reimbursement of the sum of $16,639.50.</u>

Pursuant to 18 U.S.C. § 3006A(d)(2), the maximum fee for representation of a defendant before the district court on a felony charge is $7,000 unless the Court finds that the representation was extended or complex. Given the Court's familiarity with the record in this case, and the Court's review of Mr. Burke's October 11, 2007 letter which is attached to each of the two vouchers, the Court finds that the representation was in an extended or complex case and that the amount requested is therefore necessary to provide fair compensation. <u>See</u> 18 U.S.C.

1  § 3006(A)(d)(3). Therefore, this Court approves the payment of $16,639.50 in fees, representing
2  50% of the total amount of the two vouchers.
3  **IT IS SO ORDERED.**
4
5  Dated: 10/31/07
6                                    HON. IRMA E. GONZALEZ, Chief Judge
                                      United States District Court
7                                     Southern District of California